# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA RAY VOGEL, Defendant. | CR 19-140-BLG-SPW FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 58). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on December 14, 2020 (Doc. 56);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.     There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED that:

1.     The Motion for Final Order of Forfeiture is **GRANTED**.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Colt, model M45A1, .45 ACP semi-automatic pistol (S/N: 0353EGA);

- Masterpiece Arms, Model MPA03T, 9mm Caliber semi-automatic pistol (S/N: F13590);

- HS Produkt (Importer: Springfield, Inc.), model XDM Compact, .40 caliber pistol (S/N: MG291002);

- Howa (Importer: Legacy Sport), model 1500, .22-250 caliber bolt- action rifle (S/N: B485021);

- Maverick Arms, model 88, 12 gauge slide-action shotgun (S/N: MV67753S);

- Norinco (Importer: CAI), model SKS, 7.62 x39 mm Caliber semi-automatic rifle (S/N: 26004053); and

- Remington, model 34, .22 LR caliber bolt-action rifle (S/N: 27958).

3.     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

2

DATED this \_\_\_9th\_\_\_ day of March, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

3